PROB 12B
(7/93)

Report Date: July 3, 2007

# United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 09 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Timothy Lee Hounshell    Case Number: 2:06CR02007-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 1/17/2007    Type of Supervision: Supervised Release

Original Offense: Unlawful Manufacture of a Destructive Device, 26 U.S.C. § 5861(f)    Date Supervision Commenced: 6/11/2007

Original Sentence: Prison - 120 Days; TSR - 36 Months    Date Supervision Expires: 6/10/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17  You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

### CAUSE

Mr. Hounshell reported he is experiencing significant stress relating to marital difficulties and issues dealing with his confinement at the Residential Release Center. The defendant stated he is in need of mental health counseling, but does not have the means to pay for this himself. Mr. Hounshell requested the addition of a mental health condition which will allow U.S. Probation to refer the defendant to our contract provider.

Respectfully submitted,

by  *[signature]*

Curtis G. Hare
U.S. Probation Officer
Date: July 3, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

July 9, 2007
Date